IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00641-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

STEVE METTEER,

      Defendant.

---

### ORDER OF DISMISSAL

---

      In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With

Prejudice of Steve Metteer filed pursuant to Fed R. Civ. P. 41(a)(1)(A)(i) on July 31,

2013 (ECF No. 23), it is

      ORDERED that Defendant Steve Metteer is **DISMISSED WITH PREJUDICE**,

and this case is terminated.

      Dated:  July 31, 2013

                  BY THE COURT:

                  s/ Wiley Y. Daniel
                  Wiley Y. Daniel
                  Senior United States District Judge